**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT BECKLEY**

J.D., *a minor, by and through his guardian*,
STEPHEN R.,

Plaintiff,

v. CIVIL ACTION NO. 5:26-cv-00397

FRANK BISIGNANO,
*Commissioner of Social Security*,

Defendant.

**ORDER**

Pending are (1) Plaintiff's Complaint for Review of the Decision of the Commissioner [Doc. 2], filed June 12, 2026, (2) Plaintiff's Brief In Support of Complaint [Doc. 7], filed September 8, 2026, and (3) Defendant Commissioner's Brief In Support of Defendant's Decision [Doc. 8], filed September 28, 2026. This action was previously referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission of proposed findings and a recommendation ("PF&R"). Magistrate Judge Aboulhosn filed his PF&R on October 28, 2026. Magistrate Judge Aboulhosn recommended that the Court deny Plaintiff's request for remand, grant Defendant Commissioner's request to affirm the decision of the Commissioner, affirm the Commissioner's final decision, and dismiss this matter from the docket.

The Court need not review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*." (emphasis

added)). Failure to file timely objections constitutes a waiver of de novo review and the Plaintiff's right to appeal the Court's order. *See* 28 U.S.C. § 636(b)(1); *see also United States v. De Leon-Ramirez*, 925 F.3d 177, 181 (4th Cir. 2019) (Parties may not typically "appeal a magistrate judge's findings that were not objected to below, as § 636(b) doesn't require de novo review absent objection."); *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989). Further, the Court need not conduct de novo review when a party "makes general and conclusory objections that do not direct the court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). Objections in this case were due on November 16, 2026. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R [**Doc. 10**], **DENIES** Plaintiff's request for remand [**Doc. 7**], **GRANTS** Defendant Commissioner's request to affirm the decision of the Commissioner [**Doc. 8**], **AFFIRMS** the final decision of the Commissioner, **DISMISSES** Plaintiff's Complaint [**Doc. 2**], and **REMOVES** this matter from the docket.

The Court directs the Clerk to transmit a copy of this Order to any counsel of record and any unrepresented party.

ENTER: November 25, 2026

Frank W. Volk
Chief United States District Judge